UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW SCHWARTZ,** *et al.*,

    **Plaintiffs,**

v.                                                    Case No.: 8:05-cv-1696-T-30MSS

**CITY OF TREASURE ISLAND,** *et al.*,

    **Defendants.**
_____/

## ORDER

**This comes** before the Court for consideration of Defendants' Consolidated Emergency Motion to Reset the Hearing on Plaintiffs' Motion for a Temporary Injunction to December 5, 2005 (Dkt. 18). Defendants inform the Court that they have hired Mr. Charles L Siemon, of the Boca Raton law firm of Siemon & Larsen, P.A., to represent them at the Hearing, now set for November 21, 2005. Defendants further inform the Court that due to complications stemming from Hurricane Wilma, Mr. Siemon will be unable to prepare adequately for the November 21 hearing or provide materials by November 16, 2005, as previously ordered (Dkt. 17).

Plaintiffs oppose this request for an extension (Dkt. 19) and assert that Defendants' Motion to Reset should be denied, contending that:

1. Plaintiff's rights are being violated during the pendency of this action;

2. Based on the filing date of the Motion for Temporary Injunction, September 19, 2005, the parties have had ample time to prepare for the November 21

1

hearing;

3. Defendants chose to hire out of area counsel, and, by admission, Hurricane Wilma only affected counsel for a brief period of time as counsel has been fully operational since November 1, 2005, twenty (20) days before the November 21 hearing;

4. Defendants have scheduled another code enforcement hearing against Plaintiffs for November 22, 2005, for which no request for extension has been filed;

5. Defendants continue to maintain a lien against one of Plaintiffs' residences and continue to fine Plaintiffs $250.00 a day pursuant to the August 25, 2005, Code Enforcement Board Order; and,

6. Plaintiffs' counsels' caseload throughout the month of December would preclude holding a hearing on December 5, 2005.

Having read the parties' filings and being otherwise fully advised, the Undersigned finds that Plaintiffs' arguments against continuing the November 21 hearing are persuasive. Ample time has been afforded the parties to prepare for the November 21 hearing. The unfortunate, but brief, delay occasioned by Hurricane Wilma has been alleviated and still a full three weeks are available for preparation. It is unclear when Mr. Siemon was retained, but this matter has been pending and known to the Defendants since September 19, 2005. Further, this Court's schedule would not accommodate the Defendants' request for an early December date, requiring the matter to be postponed possibly into the new year.

Accordingly, it is **ORDERED** that Defendants' Consolidated Emergency Motion to Reset the Hearing on Plaintiff's Motion for a Temporary Injunction to December 5, 2005 (Dkt. 18) is **DENIED**.  The parties are reminded of the November 16, 2005, deadline to file any memoranda or affidavits in support of their respective positions during the November 21 Hearing.

**DONE and ORDERED** in Tampa, Florida on this 15th day of November 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record

3