UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW SCHWARTZ, et al.,

    Plaintiffs,

v.                                            Case No.: 8:05-cv-1696-T-30MSS

CITY OF TREASURE ISLAND, et al.,

    Defendants.
_____/

## ORDER

**This comes** before the Court for consideration of Plaintiffs' Motion to Allow the Use of Computer Evidence and Equipment at the Hearing on Motion Scheduled for November 21, 2005 (Dkt. 21) (the "Motion"). As part of the hearing scheduled for November 21, 2005, Plaintiffs wish to present testimony and statements from hearings conducted before the City of Treasure Island and City of Treasure Island Code Enforcement Board. The testimony and statements Plaintiffs wish to present are contained on DVDs that have not been transcribed. In order to present this material to the Court, Plaintiffs seek permission bring into the Courthouse and use during the November 21 hearing, a Laptop Computer; DVD Player with viewing screen; and, DVDs of the City of Treasure Island and City of Treasure Island Code Enforcement Board hearings.

Upon consideration, Plaintiffs' Motion (Dkt. 21) is **GRANTED**. It is **ORDERED** that:

Ethan Loeb of Bricklemyer, Smolker & Bolves, P.A., is hereby granted permission to bring a a Laptop Computer; DVD Player with viewing screen; and, DVDs of the hearings

1

referenced above into the United States Courthouse for use during the hearing scheduled for November 21, 2005, in the above-styled matter. In addition:

1. Counsel shall present a copy of this order to security personnel each time he enters the courthouse with such equipment. In their discretion, courthouse security personnel may require Counsel to present picture identification at the time of entry.

2. The equipment described above is subject to inspection at any time by courthouse security personnel.

3. This order shall remain in effect until the conclusion of the hearing on November 21, 2005.

**DONE and ORDERED** in Tampa, Florida on this 17 day of November 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

2