**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MATTHEW SCHWARZ, et al.,

    Plaintiff(s),

v.                                              Case No:  8:05-CV-1696-T-30MSS

CITY OF TREASURE ISLAND,
et al.,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mary Scriven (Dkt. #83). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #83) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

    2.    Plaintiffs' Verified Emergency Motion for Temporary Injunction (Dkt. #5) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 1, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2005\05-cv-1696.adopt 83.wpd