**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MATTHEW SCHWARZ, et al.,**

    **Plaintiffs,**

v.                                                   Case No.  8:05-cv-1696-T-30MSS

**CITY OF TREASURE ISLAND, et al.,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration upon the Report and Recommendation submitted by Magistrate Judge Mary S. Scriven (Dkt. #83). The Court has reviewed Plaintiffs', Matthew Schwarz, Gulf Coast Recovery, Incorporated John Does 1 Through IV and Jane Does V Through IX, Objection to Report and Recommendation (Dkt. #93) and Defendants' Response to Plaintiffs' Objection to Magistrate's Report and Recommendation (Dkt. #95).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiffs' objection thereto, Defendants' response, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Plaintiffs' objections are denied. Plaintiffs' request that references to subpoenas be sealed and/or redacted from the public record is also denied. There is no necessity to seal or redact references to the subpoenas.

**ACCORDINGLY**, it is therefore

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. #83) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Verified Emergency Motion for Temporary Injunction (Dkt. #5) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1696.obj considered adopt 83.wpd