**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MATTHEW SCHWARZ, et al.,**

    **Plaintiffs,**

v.                                                     Case No.  8:05-cv-1696-T-30MSS

**CITY OF TREASURE ISLAND, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Tax Attorney's Fees (246), Defendant's Motion to Require Plaintiffs/Appellants to Post an Appellate Cost Bond (Dkt. 249), and Plaintiffs' Memorandum in opposition to the same (Dkt. 257). The Court, having considered the motions, memoranda, and responses, and being otherwise fully advised in the premises, determines that ruling on the motion to tax attorney's fees should be deferred pending resolution of Plaintiff's appeal. Further, the Court determines that Plaintiff Matthew Schwarz owns sufficient properties within the City of Treasure Island to satisfy any Order of costs and fees ultimately imposed by this Court.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Require Plaintiffs/Appellants to Post an Appellate Cost Bond (Dkt. 249) is **DENIED**.

2. The Court will defer ruling on Defendant's Motion to Tax Attorney's Fees (246) pending the resolution of Plaintiff's appeal by the Eleventh Circuit.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1696.mt atty fees.wpd