# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MATTHEW SCHWARZ, et al.,**

    **Plaintiffs,**

**v.**      Case No. 8:05-cv-1696-T-30MAP

**CITY OF TREASURE ISLAND, et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Leave to Designate New Damage Expert and National Expert on Issue of Necessity (Dkt. 284) and Defendants' Response in opposition to the same (Dkt. 291).

Upon consideration, it is ORDERED AND ADJUDGED that:

1. Said Motion (Dkt. 284) is **GRANTED in part and DENIED in part**.
2. Plaintiffs have failed to show good cause regarding their request to designate a new damages expert. This request is therefore denied without prejudice.
3. Plaintiff's request to designate a new expert on the issue of necessity is granted.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1696.mt designate new experts.wpd