UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW SCHWARZ, et al.,**

    **Plaintiffs,**

v.                                            Case No.  8:05-cv-1696-T-30MAP

**CITY OF TREASURE ISLAND, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike Expert Opinion of Dan Brown (Dkt. 465) and Defendants' Dispositive Daubert Motion to Exclude the Opinions of Plaintiffs' Economic Expert Klages (Dkt. 473).  The Court, having considered the motions, the parties' responses, and being otherwise advised in the premises, concludes that the motions should be denied.

As an initial point, the record is clear that both Walter Klages ("Klages"), Plaintiffs' economic expert, and Dan Brown ("Brown"), Defendants' economic expert, are qualified to testify as experts in the damages phase of this case.  The parties, however, also move to exclude the other's expert based on the expert's alleged flawed and unreliable methodology. The parties' arguments essentially cancel each other out, to the extent that both parties point out similar flaws that exist in the other's expert.  For example, Plaintiffs argue that Brown's methodology is unreliable to the extent he relied upon telephone interviews to only seven former patients, which were pre-screened by Defendants' counsel.  And Defendants argue,

in part, that Klages' methodology is unreliable to the extent he briefly spoke to three of Gulf Coast's current clients and no former clients.

These arguments are insufficient to strike either expert. And any failure on the part of either expert to conduct credible independent research can be explored via cross-examination.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to Strike Expert Opinion of Dan Brown (Dkt. 465) is hereby DENIED.

2. Defendants' Dispositive Daubert Motion to Exclude the Opinions of Plaintiffs' Economic Expert Klages (Dkt. 473) is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1696.mtsstrikeexpertsDKTS465and473.wpd