UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW SCHWARZ, et al.,

    Plaintiffs,

vs.                                      Case No.: 8:05-cv-1696-T-30MSS

CITY OF TREASURE ISLAND, et al

    Defendants.
_____/

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS, MATTHEW SCHWARZ, GULFCOAST RECOVERY, INCORPORATED, JANE DOE V, AND DEFENDANTS

Plaintiffs, MATTHEW SCHWARZ, GULF COAST RECOVERY, INCORPORATED, JANE DOE V and Defendants, CITY OF TREASURE ISLAND and CITY OF TREASURE ISLAND CODE ENFORCEMENT BOARD, through their attorneys, jointly move and stipulate for the entry of an order dismissing Plaintiffs' claims against Defendants with prejudice and state:

1.    The parties have been able to resolve their differences and have agreed to settle the case.

2.    The parties agree that this court should enter an order dismissing the case with prejudice.

3.    The parties agree that the court should approve the attached settlement agreements and retain jurisdiction to enforce their terms.

/s/ James L. Yacavone, III  
James L. Yacavone, III, Esq.  
FBN 225037  
Shauna F. Morris, Esquire  
FBN 0421227  
FRAZER, HUBBARD, BRANDT,  
 TRASK & YACAVONE, L.L.P.  
595 Main Street  
Dunedin, Florida 34698  
(727) 733-0494  
Fax (727) 733-2991  
e-mail: yacavone@fhbty.com  
Attorneys for Defendants  

/s/ Ethan J. Loeb  
Ethan J. Loeb, Esquire  
FBN 6683388  
David Smolker, Esquire  
FBN 349259  
Bricklemyer Smolker & Bolves, P.A.  
500 E. Kennedy Blvd., Suite 200  
Tampa, FL 33602  
813-223-3888  
(813)228-6422 FAX  
davids@bsbfirm.com  
Attorneys for Plaintiffs:  
Schwarz, Gulf Coast Recovery & Jane Doe V  

/s/ Thomas P. Scarritt, Esq.  
Thomas P. Scarritt, Esquire  
FBN 0378781  
Scarritt Law Group, P.A.  
1405 West Swann Avenue  
Tampa, FL 33606  
(813) 258-2300  
Fax (813) 258-3242  
Email: tps@scarrittlaw.com  
Attorney for Defendants  

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Pursuant to the foregoing stipulation, it is ordered and adjudged:

1. The claims of Plaintiffs, Matthew Schwarz, Gulf Coast Recovery, Incorporated, and Jane Doe V, against Defendants, City of Treasure Island and City of Treasure Island Code Enforcement Board are hereby dismissed with prejudice.

2. The court approves the settlement agreements attached to the joint motion and stipulation, ~~and retains jurisdiction to enforce their terms.~~

*[signed] JSM, Jr.*

**DONE AND ORDERED** in Tampa, Florida on November _10_, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>COPIES FURNISHED TO:</u>
Counsel/Parties of Record